IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICIA ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-101 (JLH) |
| | ) |
| CANON SOLUTIONS AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

1. Plaintiff Alicia Anderson appears *pro se* and has been granted leave to proceed *in forma pauperis*. (D.I. 4.) The Court proceeds to review and screen the amended complaint (D.I. 14), pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The Court's April 14, 2025 Memorandum Order (D.I. 13) dismissed the complaint (D.I. 2) and granted Plaintiff leave to amend the complaint to fix Plaintiff's workplace discrimination claims. The Court explained that the complaint alleged workplace discrimination based on Plaintiff's race, color, sex, religion, national origin, and age, but the 71-page statement attached to the complaint did not plead sufficient facts to plausibly suggest any kind of discrimination. In granting leave to amend the complaint, the Court explained that "[w]ithout a clear and concise statement of facts regarding who specifically is alleged to have discriminated against Plaintiff and what specifically they did that gives rise to an inference of discrimination, the Court cannot conclude that Plaintiff's discrimination claims are plausible. The Court cannot credit the complaint's bald assertions and legal conclusions in the absence of supporting factual allegations." (*Id.* at 2.)

3. Plaintiff then filed a 206-page amended complaint. (D.I. 14.) The amended complaint does not include a clear and concise statement of facts. The amended complaint alleges

various forms of workplace discrimination without pleading sufficient facts for the Court to assess the plausibility of these allegations. The amended complaint contains new allegations of federal and Delaware State law-based civil violations and criminal offenses, which also lack sufficient supporting facts to be plausible. The amended complaint also requests the enactment of a new federal law to protect younger workers or, alternatively, amendment to the Age Discrimination in Employment Act. The amended complaint alleges Environmental Protection Act and Occupational Safety and Health Administration violations and asks the Court to forward that portion of the pleading to appropriate administrative agencies.

4. Federal Rule of Civil Procedure 8 requires a pleading to contain "a short and plain statement of the claim showing that the pleading in entitled to relief." The amended complaint does not meet the pleading standard and will be dismissed for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The amended complaint is DISMISSED, and this case is CLOSED.

                                                        _____
                                                        The Honorable Jennifer L. Hall
                                                        United States District Judge